Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON JAVITCH, an individual | Case No. 3:19-cv-02425-EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PEAK SIX POWER AND GAS, LLC, et. al. | |
| Defendants. | |

NOW COMES THE PLAINTIFF, by and through her attorney of record, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending dates and deadlines, including the Initial Case Management Conference currently scheduled for August 29, 2019, at 9:30 a.m. Plaintiff requests the Court allow sixty (60) days for the Parties to file a stipulation of dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

1 | Dated: August 8, 2019

Respectfully submitted,

By: /s/ Mark L. Javitch                          .
Plaintiff's Attorney

Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
ALLISON JAVITCH