Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON L. JAVITCH<br><br>Plaintiff,<br><br>v.<br><br>PEAK SIX POWER AND GAS, LLC, et. al.<br><br>Defendants. | Case No.: 3:19-cv-02425-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action against all Defendants with prejudice, with each side bearing its own costs and attorney's fees.

Respectfully submitted,

Dated: September 24, 2019        /s/ Mark L. Javitch_____

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000

Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

Dated: September 24, 2019          /s/ David M. Krueger

David M. Krueger
Benesch Law - Partner
200 Public Square, Ste. 2300
Cleveland, OH 44114
Direct: 216.363.4683
Cell: 440.313.2974



Dated: 9/25/2019